IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. 4:16- cv-00450 |
| | § | |
| HOME STATE COUNTY MUTUAL INSURANCE COMPANY | § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Amerisure Mutual Insurance Company and Defendant Home State County Mutual Insurance Company, comprising all of the parties to this action, hereby inform the Court that they have reached a settlement agreement..  The parties anticipate filing formal dismissal documents with the Court within the next thirty (30) days.

        Respectfully submitted,

        */s/ Stephen A. Melendi*
        Stephen A. Melendi – Attorney in Charge
        SBN: 24041468
        Southern District Bar No. 38607
        stephenm@tbmmlaw.com
        Esther Cortez Whitaker – Of Counsel
        SBN: 00793551
        Southern District Bar No. 274698
        esteew@tbmmlaw.com
        TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
        2811 McKinney Avenue
        Suite 250 West
        Dallas, TX  75204
        Telephone:  214.665.0100
        Facsimile:  214.665.0199

**ATTORNEYS FOR DEFENDANT HOME STATE COUNTY MUTUAL INSURANCE COMPANY**

*/s/ R. Brent Cooper* _____
R. Brent Cooper
Texas State Bar No. 04783250
SDTX No. 18271
LEAD COUNSEL
Brent.Cooper@cooperscully.com
Robert J. Witmeyer
Texas State Bar No. 24091174
SDTX No. 260115
Rob.Witmeyer@cooperscully.com

COOPER & SCULLY, P.C.
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540
**ATTORNEYS FOR PLAINTIFF, AMERISURE MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF CONFERENCE

The undersigned hereby represents that she discussed the substance of the foregoing with counsel for Amerisure Mutual Insurance Company, Robert J. Witmeyer, and he agrees with the representation of settlement being made to the Court.

*s/ Esther Cortez Whitaker*_____
Esther Cortez Whitaker

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 3rd day of February, 2017, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

R. Brent Cooper
Robert J. Witmeyer
COOPER & SCULLY, P.C.
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540

                                        *s/ Esther Cortez Whitaker*_____
                                        Esther Cortez Whitaker