United States District Court
Southern District of Texas
**ENTERED**
February 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY § § § Plaintiff, § § vs. § § HOME STATE COUNTY MUTUAL § INSURANCE COMPANY. § § Defendant. § | § § § § § § CIVIL ACTION NO. 4:16- cv-00450 § § § § § § |

## ORDER GRANTING AGREED MOTION FOR DISMISSAL WITH PREJUDICE

ON THIS DAY came on to be considered the Parties' Agreed Motion For Dismissal With Prejudice. The Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that this case be and is hereby DISMISSED WITH PREJUDICE as to all claims and Parties. Each party shall bear its own costs. This is a final judgment.

Signed this 27 day of Feb. 2017.

_____
UNITED STATES DISTRICT JUDGE